HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTOPHER FRISSYN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FRISSYN,<br><br>　　　　　　　Defendant. | Case No. __5:23-po-00184-CDB_____<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; [PROPOSED] ORDER** |

   Pursuant to Fed. R. Crim. P. 43(b)(2) and (3), Defendant Catrina Brown, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

DATED:   8/11/2023                         */s/Christopher Frissyn*
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER FRISSYN
　　　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　　　　　(Original on file)

DATED:  9/14/2023  /s/ Laura Myers

LAURA MYERS
Attorney for CHRISTOPHER FRISSYN

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all proceedings except plea, trial, and sentencing, until further order.

IT IS SO ORDERED.

Dated:   **September 15, 2023**  _____
UNITED STATES MAGISTRATE JUDGE

Frissyn: Rule 43 Waiver