**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                    Plaintiff, <br><br>          v. <br><br> CHRISTOPHER FERDINAND FRISSYN, <br><br>                    Defendant. | Case No.  5:23-po-00184-CDB <br><br> CVB Violation FBHV0039 / CA32 <br><br> ORDER TO REFUND OVERPAYMENT <br><br> (Doc. 19) |

On November 8, 2023, judgment was entered against Defendant Christopher Ferdinand Frissyn on Violation Notice FBHV0039 in the amount of $1040.00, to be paid by May 9, 2024.  (Doc. 15).  As a result of an error in transmission from CM/ECF to the Central Violations Bureau (CVB), a $100.00 delinquent fee was assessed on January 29, 2024 (Doc. 17).  On January 30, 2024, court staff contacted the CVB and requested the case be corrected as the payment was not delinquent.  On February 24, 2024, defendant Christopher Ferdinand Frissyn paid the judgment amount of $1040.00 plus the additional $100.00 delinquent fee for a total of $1140.00 (Doc. 19).  As the delinquent fee in the amount of $100.00 was added in error, Defendant overpaid and is entitled to reimbursement in the amount of $100.00.

/ / /

/ / /

Based upon the foregoing, IT IS HEREBY ORDERED that a refund be issued to Christopher Ferdinand Frissyn in the amount of $100.00.

IT IS SO ORDERED.

Dated: **February 27, 2024**

_____
UNITED STATES MAGISTRATE JUDGE