| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | LAURA MYERS, IL Bar #6338417 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | CHRISTOPHER FRISSYN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 5:23-po-00184 |
| Plaintiff, | | STATUS REPORT; STIPULATION TO EXTEND PROBATION AND MODIFY A CONDITION OF PROBATION PURSUANT TO 18 U.S.C. §§ 3563(C) AND 3564(D); [PROPOSED] ORDER |
| vs. | | |
| CHRISTOPHER FRISSYN, | | |
| Defendant. | | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the plaintiff, and Assistant Federal Defender Laura Myers, counsel for Christopher Frissyn, that the Court may extend Mr. Frissyn's term of probation to expire on August 6, 2024; modify the community service condition to extend the completion deadline to July 5, 2024; and require a status report due by July 9, 2024.

On November 7, 2023, this Court sentenced Mr. Frissyn for operating a vehicle in violation of specified limitations, in violation of 36 CFR 261.54(d).  The Court imposed a six-month term of probation with an expiration date of May 9, 2024.  The Court ordered Mr. Frissyn to pay a total fine of $1040 and to perform 40 hours of community service by May 9, 2024.  This Court also ordered that a status report be filed by April 8, 2024.

Mr. Frissyn has paid his financial obligation in full. To do so while keeping up with other

bills, he has been taking on additional shifts in his job as an electrician and has not yet been able to complete the community service hours currently due May 9, 2024.

    For that reason, the parties request that this Court extend Mr. Frissyn's term of probation to expire on August 6, 2024; modify the community service condition to extend the completion deadline to July 5, 2024; and require a status report due by July 9, 2024. This short extension will provide Mr. Frissyn the time needed to return to a regular work schedule and perform his community service hours as ordered.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  April 8, 2024    */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 8, 2024    */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
CHRISTOPHER FRISSYN

# **O R D E R**

**IT IS SO ORDERED.** On the parties' stipulated request and pursuant to 18 U.S.C. §§ 3563(c) and 3564(d), the Defendant's term of probation is extended to August 6, 2024. The community service condition is modified to require performance of 40 hours of community service by July 5, 2024. Defendant's status report is due by July 9, 2024.

IT IS SO ORDERED.

Dated:   **April 9, 2024**

_____
UNITED STATES MAGISTRATE JUDGE