1   HEATHER E. WILLIAMS, CA SBN #122664
    Federal Defender
2   LAURA MYERS, IL Bar #6338417
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorney for Defendant
    CHRISTOPHER FRISSYN
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            Case No. 5:23-po-00184

12              Plaintiff,                STATUS REPORT; STIPULATION TO
                                          TERMINATE PROBATION AND MODIFY A
13   vs.                                  CONDITION OF PROBATION PURSUANT
                                          TO 18 U.S.C. §3564(C); [~~PROPOSED~~] ORDER
14   CHRISTOPHER FRISSYN,

15              Defendant.

16

17        **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18   counsel, Assistant United States Attorney Chan Hee Chu, counsel for the plaintiff, and Assistant

19   Federal Defender Laura Myers, counsel for Christopher Frissyn, that the Court may terminate

20   Mr. Frissyn's term of probation because such action is warranted by the conduct of the defendant

21   and the interest of justice.  *See* 18 U.S.C. § 3564(c).

22        On November 7, 2023, this Court sentenced Mr. Frissyn for operating a vehicle in

23   violation of specified limitations, in violation of 36 CFR 261.54(d).  The Court imposed a six-

24   month term of probation with an expiration date of May 9, 2024.  The Court ordered Mr. Frissyn

25   to pay a total fine of $1040 and to perform 40 hours of community service by May 9, 2024.  This

26   Court also ordered that a status report be filed by April 8, 2024.

27        On April 8, 2024, the parties reported that Mr. Frissyn has paid his financial obligation in

28   full and requested that this Court extend Mr. Frissyn's term of probation to expire on August 6,

1  2024; modify the community service condition to extend the completion deadline to July 5,

2  2024; and require a status report due by July 9, 2024, in order to provide Mr. Frissyn the time

3  needed to return to a regular work schedule and perform his community service hours as ordered.

4  This Court granted the parties' request.

5          Mr. Frissyn has now satisfied the remaining terms of his probation.  As of July 3, 2024,

6  he had completed 40 hours of community service at Family Assistance Ministries.  *See*

7  Attachment.  Accordingly, the parties submit that termination of probation and is warranted by

8  Mr. Frissyn's compliance and is in the interest of justice.

9

10                                              Respectfully submitted,

11
                                                PHILLIP A. TALBERT
12                                              United States Attorney

13
   Date:  July 9, 2024                          */s/ Chan Hee Chu*
14                                              CHAN HEE CHU
                                                Assistant United States Attorney
15                                              Attorney for Plaintiff

16
                                                HEATHER E. WILLIAMS
17                                              Federal Defender

18
   Date: July 9, 2024                           */s/ Laura Myers*
19                                              LAURA MYERS
                                                Assistant Federal Defender
20                                              Attorney for Defendant
                                                CHRISTOPHER FRISSYN
21

22

23

24

25

26

27

28

Frissyn / Stipulation to                          -2-
Extend and Modify Condition of Probation

1

2
**O R D E R**

3
      **IT IS SO ORDERED.**  Pursuant to 18 U.S.C. § 3564(c), the Defendant's term of

4
probation is hereby terminated.  The Court finds that termination is warranted by the actions of

5
the Defendant and the interests of justice.

6

7
IT IS SO ORDERED.

8
   Dated:   **July 10, 2024**

                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Frissyn / Stipulation to
Extend and Modify Condition of Probation
              -3-